*Thursday, October 15, 1992*
## MOTION DOCKET

**91–963.** State v. Carter. *Hamilton County*, No. C–890513. On motion for stay. Stay granted.

**91–2476.** Case v. Norfolk & Western RR. Co. *Sandusky County*, No. S–90–24. On motion for stay. Motion granted.

RESNICK, J., votes to grant the motion although she will not participate in the merits of this case. SWEENEY, HOLMES and H. BROWN, JJ., dissent.